UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CARPENTERS' DISTRICT COUNCIL OF GREATER ST. LOUIS AND VICINITY, et al., <br><br>   Plaintiffs, <br><br>v. <br><br>DANA STEWART CONSTRUCTION COMPANY, INC., a Missouri corporation, <br><br>   Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) )  No. 4:09 CV 00549-JCH |

## **PLAINTIFFS' MOTION FOR CONTEMPT**

Come now plaintiffs, through counsel, and move this Court for an Order holding defendant in civil contempt of court for refusing to comply with this Court's July 1, 2010 Order compelling discovery. In support of this motion, the Court is referred to the accompanying memorandum and affidavit.

Respectfully submitted,

HAMMOND and SHINNERS, P.C.
7730 Carondelet Avenue, Suite 200
St. Louis, Missouri  63105
Phone: (314) 727-1015
Fax:    (314) 727-6804


/s/ Michael A. Evans
MICHAEL A. EVANS, #534636

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 5, 2010, the foregoing was filed electronically with the Clerk of the Court and mailed to the following non-participant in efiling:

Dana Stewart Construction Company, Inc.
Attn:  Dana Stewart
2835 Wisconsin
St. Louis, MO  63118


/s Michael A. Evans